

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2023

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Siburt Watler*, **22 Cr. 453 (JMF)**

Dear Judge Furman:

The Government respectfully submits this letter in advance of the conference in the above-referenced case scheduled for next Tuesday, November 14, 2023, at 2:30 p.m. to inform the Court that parties anticipate that the defendant will enter a change of plea with respect to Specification Two of the violation report. In addition, in light of a scheduling conflict, the Government respectfully requests a change to the scheduled time of 2:00 p.m. The Government understands that the Court is available to proceed on November 14, 2023, at 11:00 a.m., and has confirmed with defense counsel and Probation that all parties are available to proceed then. Accordingly, the Government respectfully requests that the conference be scheduled for 11:00 a.m. on Tuesday, November 14, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Lisa Daniels
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955

Cc:   Counsel of record (by ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 8. SO ORDERED.

November 7, 2023